# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FREDERICK OMOYUMA SILVER,<br>Appellant,<br>vs.<br>STEVEN B. WOLFSON DA CLARK COUNTY FAMILY CHILD SUPPORT DIVISION; JANE D. FEMIANO HEARING MASTER/MAGISTRATE DA CLARK COUNTY FAMILY CHILD SUPPORT DIVISION; THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES; AND NEVADA ATTORNEY GENERAL AARON D. FORD, OFFICE OF THE ATTORNEY GENERAL; SUMMERLIN HOSPITAL MEDICAL CENTER, LLC; JEFFREY J. WITTHUN; VERONICA GOMEZ; AND AARON BAILEY,<br>Respondents. | No. 83537 |

FILED

NOV 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order that appears to deny a motion for relief under NRCP 60(b). Eighth Judicial District Court, Clark County; Jessica K. Peterson, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. The notice of appeal was prematurely filed in the district court after the filing of a timely tolling motion (entitled "Objection to Order Signed by Jessica K. Peterson on 9/14/21), *see* NRAP 4(a)(4) (regarding tolling motions); *AA Primo Builders, LLC v. Washington,* 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a post-judgment motion is treated as a motion pursuant to NRCP 59(e) carrying tolling effect); *Lytle v. Rosemere Estates Prop. Owners,* 129 Nev. 923, 314

P.3d 946 (2013) (a motion to alter or amend an appealable order generally tolls the time to file an appeal from that order), but before that motion was resolved in the district court. To date, it appears the motion remains pending in the district court. This court lacks jurisdiction over a premature notice of appeal, NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."), and therefore

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                              Herndon

cc:    Hon. Jessica K. Peterson, District Judge
        Frederick Omoyuma Silver
        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]This court takes no further action on the document filed by appellant on October 7, 2021, and no action on the document filed on October 15, 2021.